UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT GENE BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| WILLIAM C. TOMAN, JR.; R.M. | ) | Case No. 5:13-CV-497-FL |
| ASHLEY; K.D. MACKEY; P.J. | ) | |
| GRAHAM; RON SMITH; UNKNOWN | ) | |
| FEMALE OFFICER; C.C. BLAKE; | ) | |
| JOSEPH GARDNER; OFFICER DOOER | ) | |
| and MR/MRS SMART, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 9, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed pursuant to 28 U.S.C. §1915(g).  The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 9, 2013, and Copies To:**

Robert Gene Bailey (via U.S. Mail) Hyde Correctional Institution
                                    PO Box 278, Swan Quarter, NC 27885


July 9, 2013                   JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk